## HOLLEY v. STATE.
### No. 20357.

Court of Criminal Appeals of Texas.
April 5, 1939.

J. A. Johnson, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The appellant was convicted of burglary, and his punishment assessed at two years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception, hence no question is presented for review. The indictment is sufficient to charge the offense, and all matters of procedure appear to be in due order.

The judgment is affirmed.